UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1253

NY/NJ BAYKEEPER; PRINCETON MANOR HOMEOWNERS ASS'N; CENTRAL JERSEY SAFE ENERGY COALITION; FOOD & WATER WATCH; NEW JERSEY LEAGUE OF CONSERVATION VOTERS EDUCATION FUND; SIERRA CLUB,
Petitioners

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

TRANSCONTINENTAL GAS PIPE LINE CO., LLC,
Intervenor

(Agency No. EPA: 0000-25-012.1 LUP250001)

Present: KRAUSE, FREEMAN and ROTH, *Circuit Judges*

1. Motion filed by Petitioners Central Jersey Safe Energy Coalition, Food & Water Watch, New Jersey League of Conservation Voters Education Fund, NY/NJ Baykeeper, Princeton Manor Homeowners Ass'n and Sierra Club to stay pending review, to Expedite consideration of motion.

Respectfully,
Clerk/JK

ORDER

The foregoing motion to Stay is **DENIED**. The panel intends to issue its decision in the near future.

By the Court,

s/ Jane R. Roth
Circuit Judge

Dated: September 2, 2026
JK/cc: All Counsel of Record