UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 26-1252

NATURAL RESOURCES DEFENSE COUNCIL, INC.,
Petitioner

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

TRANSCONTINENTAL GAS PIPE LINE CO., LLC,
Intervenor

No. 26-1253

NY/NJ BAYKEEPER; PRINCETON MANOR HOMEOWNERS ASS'N; CENTRAL JERSEY SAFE ENERGY COALITION; FOOD & WATER WATCH; NEW JERSEY LEAGUE OF CONSERVATION VOTERS EDUCATION FUND; SIERRA CLUB,
Petitioners

v.

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION

TRANSCONTINENTAL GAS PIPE LINE CO., LLC,
Intervenor Respondent

(EPA No. 0000-25-012.1 LUP250001)

SUR PETITION FOR REHEARING

---

Present: CHAGARES, Chief Judge, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, BOVE, MASCOTT and *ROTH, Circuit Judges

The petition for rehearing filed by **intervenor-respondent** in the above-entitled cases having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is **DENIED**.

BY THE COURT,

s/ Jane R. Roth
Circuit Judge

Date: October 22, 2026
JK/cc: All Counsel of Record

* The votes of the Honorable Jane R. Roth is limited to panel rehearing only.